# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENNIS COTE, | ) | |
| Plaintiff, | ) | Civil Action No. 16-1528 |
| v. | ) | Judge Cathy Bissoon |
| JONES CONSULTANT, | ) | |
| Defendant. | ) | |

## ORDER DISMISSING CASE

When Plaintiff's former counsel was permitted to withdraw, Plaintiff was afforded a generous period of time to either secure new counsel, or to file with the Court a notice of his intent to proceed *pro se*. *See* Order dated Feb. 3, 2017 (Doc. 16). Plaintiff's deadline of March 23, 2017 has come and gone, and he has done neither. The Order specifically advised that, should Plaintiff fail to timely comply, his case may be summarily dismissed without further notice. *See id.* at 2.

Based on the current record, the Court has no reason to believe that Plaintiff remains interested in prosecuting this lawsuit. In any event, the case will be dismissed under Poulis v. State Farm Fire & Cas. Co., 747 F.2d 863 (3d Cir.1984), for Plaintiff's failure to prosecute and for his failure to comply with the February 3rd Order. Specifically, the Poulis factors regarding Plaintiff's personal responsibility, his failure to demonstrate excusable neglect, and the lack of effective, alternative sanctions favor dismissal. *Id.* at 868.

For these reasons, this case is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.


March 27, 2017                               s\Cathy Bissoon
                                             Cathy Bissoon
                                             United States District Judge


cc (via ECF email notification):

All Counsel of Record


cc (via First-Class U.S. Mail):

Dennis Cote
624 East 2nd Ave., Apt. 1
Tarentum, PA  15084